# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 2:05-CR-717-JLL-01 |
| v. | |
| ROSA MUÑOZ-URGILES | **ORDER** |

The Court has received and reviewed Defendant, Rosa Muñoz-Urgiles' motion [#20] for early termination of her period of supervised release dated June 8, 2009. After consideration of Defendant's request and the Government's communication to this Court not objecting to early termination of supervised release dated June 9, 2009, it is hereby ordered that Defendant, Rose Muñoz-Urgiles' request for early termination of supervised release is hereby GRANTED.

Dated: June 10th, 2009

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE